Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

> The parties' request at ECF No. 20 is **GRANTED**.  The telephone conference set for May 1, 2025 (ECF No. 19) is **ADJOURNED** to **Wednesday, May 7, 2025 at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED.    April 23, 2025
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Neil V. Shah
Attorney at Law

d +1.212.969.3028
f 212.969.2900
nshah@proskauer.com
www.proskauer.com

April 23, 2025

**By ECF**

Honorable Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Mason Tenders' District Council Welfare Fund et al. v. Vestar, Inc. et al.*,
             <u>Case No. 1:25-cv-00174 (S.D.N.Y.)</u>

Dear Judge Cave:

    We represent Plaintiffs, the Mason Tenders' District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund (the "Funds") and Dominick Giammona, as Funds' Contributions/Deficiency Manager in the above-referenced action.  Pursuant to Section I.D of Your Honor's Individual Practices in Civil Cases, we write with the consent of Defendants Vestar, Inc. and John Maguire to reschedule the telephone conference currently set for May 1, 2025 at 3:00 p.m. (ECF No. 19), as we have a previously scheduled speaking engagement at that time.

    This is the first request for an adjournment of this conference.  Counsel for the parties have conferred, and are available on the following dates and times: May 2, 2025 before 1:00 p.m., May 6, 2025 after noon, and May 7, 2025 at any time.

    We thank the Court for its consideration of this request.

Sincerely,

*/s/ Neil V. Shah*

cc:    All Counsel of Record (via ECF)