UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS' DISTRICT COUNCIL WELFARE FUND, et al.,

                Plaintiffs,

-v-

VESTAR, INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 174 (LJL) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 7, 2025, a telephone status conference is scheduled for **Monday, June 9, 2025 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
              May 7, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge