

Proskauer Rose LLP    Eleven Times Square    New York, NY 10036-8299

*The request is granted.  The conference scheduled for*
*August 15, 2025, is canceled.*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge                    *August 11, 2025*

Neil V. Shah
Attorney at Law
d +1.212.969.3028
f 212.969.2900
nshah@proskauer.com
www.proskauer.com

August 8, 2025

**By ECF**

Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    ***Mason Tenders' District Council Welfare Fund et al. v. Vestar, Inc. et al.,***
       **Case No. 1:25-cv-00174 (S.D.N.Y.)**

Dear Judge Liman:

We represent Plaintiffs, the Mason Tenders' District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund (the "Funds") and Dominick Giammona, as Funds' Contributions/Deficiency Manager in the above-referenced action.  Pursuant to the Case Management Plan and Scheduling Order (ECF No. 17 ¶ 11) and Section 1 of Your Honor's Individual Practices in Civil Cases, we write jointly with Defendants Vestar, Inc. and John Maguire to update Your Honor as to the status of this matter and request that the conference set for August 15, 2025 be adjourned.

On July 17, 2025, the parties participated in mediation before Magistrate Judge Cave. Based on the mediation, the parties are filing with the clerk of court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, to consent to proceeding before Magistrate Judge Cave in this action. As such, the parties respectfully request an adjournment of the conference set before Your Honor on August 15, 2025 (*see* ECF No. 17 ¶ 11). This is the first request for adjournment of this conference.

We thank the Court for its consideration of this request.

Sincerely,

*/s/ Neil V. Shah*

cc:    All Counsel of Record (via ECF)