UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS' DISTRICT COUNCIL WELFARE FUND, et al.,

                Plaintiffs,

-v-

VESTAR, INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 174 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on August 19, 2025, Defendants' new counsel shall file a Notice of Appearance by **September 5, 2025**.

The parties have now consented to the undersigned conducting all proceedings and entering a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (ECF No. 27). Accordingly, all discovery deadlines set forth in the Case Management Plan and Scheduling Order at ECF No. 17 are **HELD IN ABEYANCE** pending the appearance of Defendants' new counsel.

Dated:      New York, New York
               August 19, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**