UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS' DISTRICT COUNCIL WELFARE FUND, et al.,

                Plaintiffs,

-v-

VESTAR, INC., et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 174 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendants' stipulation of substitution of counsel, dated September 4, 2025, indicating Aaron C. Schlesinger, Esq. will represent Defendants going forward. (ECF No. 30). A telephone conference to discuss the status of the case is scheduled for **September 18, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
           September 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**