UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS' DISTRICT COUNCIL WELFARE FUND, et al.,

                            Plaintiffs,

-v-

VESTAR, INC., et al.,

                            Defendants.

CIVIL ACTION NO. 25 Civ. 174 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 3, 2025, a Telephone Conference to discuss the status of the parties' settlement discussions is scheduled for **October 27, 2025, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
                October 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**