UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON TENDERS' DISTRICT COUNCIL WELFARE
FUND, et al.,

                          Plaintiffs,

          -v-

VESTAR, INC., et al.,

                          Defendants.

CIVIL ACTION NO. 25 Civ. 174 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 7, 2026, the Court **ORDERS** the following:

1. Defendants shall respond to Plaintiffs' document requests by **February 13, 2026**.

2. Defendants shall serve their discovery requests on Plaintiffs by **February 13, 2026**.

3. All depositions shall be completed by **April 30, 2026**.

4. All fact discovery shall be completed by **April 30, 2026**.

5. Another telephone conference to discuss the status of discovery is scheduled for **March 3, 2026, at 2:15 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            January 7, 2026

                          SO ORDERED.

                          _____
                          SARAH L. CAVE
                          United States Magistrate Judge