# Law Offices of Michael E. Breslin, PLLC
## 57 West 57th Street, 4th Floor
## New York, New York 10019
### Phone: (212) 867-0707
### Fax: (212) 867-0770
### Mobile: (551) 427-8655

> Defendants' request at Dkt. No. 38 is **GRANTED**.  The deadline of February 13, 2026 for Defendants to respond to Plaintiffs' document requests and serve their discovery requests on Plaintiffs, (Dkt. No. 37), is **EXTENDED** to **February 27, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 38.
>
> SO ORDERED.    February 17, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

February 13, 2026

**Via ECS Upload/PACER**

Sarah L. Cave
United States Magistrate Judge

Your Honor:

Re: 25cv174 / Mason Tenders' District Council
Welfare Fund et al v. Vestar, Inc. et al

Vestar, Inc. respectfully requests a 2-week extension of the February 13, 2026 deadline to issue discovery and provide responses to Plaintiff's discovery requests per your January 7, 2026 order. Proposed extended due date will be February 27, 2026.

My client has been delayed due to his wife's recent illness where she was hospitalized and needed to be returned to their home in Florida and he has been travelling regularly between Florida and New Jersey.  Additionally, the recent snow storms have hindered my ability to meet with my client to complete our responses.

We requested Plaintiff's permission for this extension,  but counsel said they could not agree in light of your recent order.  Considering the long time this matter has been pending, I do not believe the Plaintiffs would object to this short extension were it not for your  order.

Very truly yours,

/s/ Michael E. Breslin

Michael E. Breslin CPA, Esq.