**Proskauer》** Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Neil V. Shah
Senior Counsel
d +1.212.969.3028
f 212.969.2900
nshah@proskauer.com
www.proskauer.com

> The parties' request at Dkt. No. 43 is **GRANTED**. The parties' deadline to file the appropriate documents for their consent judgment is **EXTENDED** to **May 26, 2026**. In the meantime, all other deadlines in this case remain **STAYED**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 43.
>
> SO ORDERED.    May 11, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

May 8, 2026

**By ECF**

Honorable Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:    ***Mason Tenders' District Council Welfare Fund et al. v. Vestar, Inc. et al.,***
>         **Case No. 1:25-cv-00174 (S.D.N.Y.)**

Dear Judge Cave:

We represent Plaintiffs, the Mason Tenders' District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund (the "Funds") and Dominick Giammona, as Funds' Contributions/Deficiency Manager (collectively, "Plaintiffs") in the above-referenced action. We write jointly with counsel for Defendants Vestar Inc. and John Maguire.

As the parties previously informed the Court (ECF No. 41), the parties have agreed to entry of a consent judgment. The Court previously granted the parties until May 11, 2026, to submit the appropriate documents to the Court and stayed all deadlines in the interim. (ECF No. 42.) The parties have been working on the consent judgment and require a brief extension to finalize the terms. The parties respectfully request that the Court permit the parties an additional fifteen days (until May 26, 2026) to submit the appropriate documents, and that the Court continue the stay in the interim.

We thank the Court for its consideration of this request.

Sincerely,

*/s/ Neil V. Shah*

cc:    All Counsel of Record (via ECF)