UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MASON TENDERS' DISTRICT COUNCIL
WELFARE FUND, PENSION FUND,
ANNUITY FUND, AND TRAINING FUND,
and DOMINICK GIAMMONA, as FUNDS'
CONTRIBUTIONS/DEFICIENCY
MANAGER,

                       Plaintiffs,

          v.

VESTAR INC.; JOHN MAGUIRE; XYZ
CORPORATIONS 1-10; and JOHN AND
JANE DOES 1-10;

                       Defendants.

Case No. 1:25-cv-00174

---

## CONSENT JUDGMENT

**WHEREAS**, Plaintiffs, the Mason Tenders' District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund (the "Funds") and Dominick Giammona, as Funds' Contributions/Deficiency Manager (collectively, "Plaintiffs"), commenced the above-captioned action (the "Action") on January 8, 2025 against Defendants Vestar, Inc. ("Vestar") and John Maguire ("Maguire") under the Employee Retirement Income Security Act of 1974 ("ERISA") to recover contributions and other dues and amounts owed to the Funds;

WHEREAS, in the Complaint, the Fund asserts that: (i) Defendant Vestar has an obligation to remit contributions to the Funds on behalf of those of its employees who perform covered work; (ii) Defendant Vestar failed to pay fringe benefit contributions, union dues and MTDC Political Action Committee dues, and other amounts for covered work performed between April 25, 2023 April 30, 2025, as well as interest, liquidated damages, and reasonable attorneys' fees and costs; and (ii) Defendant Maguire is jointly and severally liable for amounts

due pursuant to a contractual guarantee he provided to the Funds in connection with a prior settlement and audit of Vestar;

**WHEREAS**, the Parties participated in mediation before Judge Cave on July 17, 2025;

**WHEREAS,** on August 8, 2025, the Parties consented to proceed before Magistrate Judge Sarah L. Cave for all proceedings (ECF No. 26), which District Judge Lewis J. Liman granted on August 11, 2025 (ECF No. 27);

**WHEREAS**, the Parties agree it is in their respective interests to resolve the Action upon the terms set forth in this Consent Judgment;

**WHEREAS**, the Parties, upon due consideration and having been fully advised of its contents, have consented to the entry of this Consent Judgment; and

**WHEREAS**, upon consideration of the record herein, and as agreed to by the Parties, the Court finds it has jurisdiction to enter this Consent Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.    Judgment is entered in favor of the Funds and against Vestar in the liquidated amount of $1,308,409.35, which amount consists of $514,941.17 in fringe benefit contributions, $77,942.46 in dues checkoffs and MTDC Political Action Committee contributions, $82,918.70 in accrued interest, $82,918.70 in liquidated damages, $49,688.32 in imputed audit costs, and $500,000 in reasonable attorneys' fees and costs for work performed between October 30, 2018 and April 9, 2026.

2.    Judgment is entered in favor of the Funds and against Maguire in the liquidated amount of $2,351,650.97, which amount consists of amounts owed pursuant to the terms of settlement agreements dated May 8, 2023 and June 6, 2024 between the Funds and Maguire.

3.    This Consent Judgment will be binding upon the Funds and the Defendants, and each of their respective successors and assigns.

4.    The Court will retain jurisdiction over the Action for the purpose of enforcing this Consent Judgment.

Dated: _MAY 20_ , 2026

**PROSKAUER ROSE LLP**

By: _____
    Neil V. Shah

Sydney L. Juliano
Eleven Times Square
New York, New York 10036
(212) 969-3028
nshah@proskauer.com
sjuliano@proskauer.com

*Counsel for Plaintiffs*

Dated: _MAY 19_ , 2026

**LAW OFFICES OF MICHAEL E. BRESLIN, PLLC**

By: _____
    Michael E. Breslin

57 West 57th Street, 4th Floor
New York, New York 10019
(212) 867-0707
mbreslin@fulservgroup.com

*Counsel for Defendants*

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.    May 21, 2026

_____
SARAH L. CAVE
United States Magistrate Judge

3